UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MFA OIL COMPANY**                                                                                   **PLAINTIFF**

v.                            **CASE NO. 2:21-CV-00003-BSM**

**JOHN WILLIAMS, JR.**                                                                               **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE